IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Tonya Miller, | ) | CASE NO.: 5:21-cv-01959-DCC-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CONSENT ORDER** |
| | ) | |
| Kevin Thomas, Dwan C. Bostic, Candis Pate, Chris Byers, Leith Douglas, Crystal Gratia, Ofc. Johnson, and Ofc. Bundy, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

THIS CAUSE having come before the Court on the parties Joint Motion for Consent Order, and the Court having reviewed the same and being otherwise fully advised of the premise, it is hereby ORDERED and ADJUGED:

1. The Consent Motion for Limited Discovery is GRANTED.

2. The Plaintiff has 30 days from July 20, 2022, to respond to the Defendants' Motion for Summary Judgment, and the Defendants may supplement the Motion for Summary Judgment within 15 days of the Plaintiff's response. Specifically, the parties have until July 20, 2022 to conduct depositions and supplement discovery as necessary.

3. Accordingly, Kevin Thomas and Chris Byers are dismissed with prejudice.

IT IS SO ORDERED.

Kaymani D. West
United States Magistrate Judge

June 6, 2022
Florence, South Carolina